[No. 58369-7-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE LEE NOLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00012-1, Steven J. Mura, J., entered May 31, 2006. *Remanded* by unpublished per curiam opinion.

[Nos. 58712-9-I; 58783-8-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KODY JASON FRITZ, *Appellant*.

Appeals from a judgment of the Superior Court for King County, Nos. 05-1-11230-8 and 05-1-11146-8, Philip G. Hubbard, Jr., and Jay V. White, JJ., entered August 14, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58733-1-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK NICHOLS BOMBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08917-9, Julie Spector, J., entered August 2, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 34177-8-II.   Division Two.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN DOUGLAS McCORMICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05364-3, Sergio Armijo, J., entered November 18, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.